UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1085-AG (RNBx) | Date | July 11, 2008 |
|---|---|---|---|
| Title | HISHAM YOUSEF RASHID V. CITY OF FULLERTON, ET AL. | | |

Present: The Honorable   ANDREW J. GUILFORD

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE: COMPLIANCE WITH COURT ORDER

On December 14, 2007 the Orange County Superior Court issued an order for the return of Plaintiff's property related to criminal case number 04NF3043 ("Criminal Case Order"). The Court Orders all parties to appear before this Court on August 4, 2008 at 10:00 a.m. to show cause why the Defendants have not complied with the Criminal Case Order. If before August 4, 2008, compliance with the Criminal Case Order is completed, and this case is dismissed, the parties need not appear before this Court on August 4, 2008.

_____ : 0

Initials of Preparer  lmb